# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARLISS MARCHMAN,

        **Plaintiff,**

-vs-                                        Case No. 6:10-cv-226-Orl-31GJK

CREDIT SOLUTIONS CORP.,

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion for Default Judgment (Doc. No. 18) filed December 28, 2010.

On April 5, 2011, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Judgment is **GRANTED in part and DENIED in part**. The Plaintiff is awarded $100.00 in statutory damages. In all other respects the motion is **DENIED**.

    3. The Clerk is directed to enter judgment in accordance with this order and thereafter close the file. The Court will retain jurisdiction to determine attorney fees and costs.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on this 25th day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE